O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAJEEB RAHMAN,<br><br>    Petitioner,<br><br>  vs.<br><br>A. WASHINGTON-ADDUCI, WARDEN,<br><br>    Respondent. | CASE NO. CV 11-09901 DSF (RZ)<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

  Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and the Report and Recommendation of United States Magistrate Judge, and has considered de novo any portions of the Report as to which Petitioner has filed objections. The Court accepts the findings and recommendations of the Magistrate Judge.

DATED: May 25, 2012

                _Dale S. Fischer_
                DALE S. FISCHER
            UNITED STATES DISTRICT JUDGE